1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAFAEL REYES, | ) | Case No. CV 15-8566-CJC (SP) |
| Petitioner, | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| J. SOTO, Warden, | ) | |
| Respondent. | ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition ("FAP"), records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

//
//


1  IT IS THEREFORE ORDERED that: (1) petitioner's Motion for Stay and
2  Abeyance (docket no. 7) is denied; (2) ground two from petitioner's FAP is
3  dismissed with prejudice; (3) grounds three, four, and five from petitioner's FAP are
4  dismissed without prejudice; and (4) respondent shall file an answer addressing the
5  remaining ground in the FAP within 30 days from the date of this Order.
6
7  DATED: September 13, 2016                                    _____
8                                                                HONORABLE CORMAC J. CARNEY
                                                                 UNITED STATES DISTRICT JUDGE